IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DONALD R. HIGH, II**                                                     **PLAINTIFF**

v.                                             **CIVIL NO. 1:25-cv-00038-HSO-BWR**

**JEREMY SKIPPER, et al.**                                      **DEFENDANTS**

<u>**FINAL JUDGMENT**</u>

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 22nd day of May, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE